# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL A. KUNKLE, | No. 4:17-CV-00898 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| COMMONWEALTH, et al., | |
| Respondents. | |

## ORDER

**MAY 31, 2019**

On May 22, 2017, Cheryl A. Kunkle filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] On April 18, 2019, Magistrate Judge Martin C. Carlson recommended that this Court deny Ms. Kunkle's petition without a issuing a certificate of appealability.[2] Ms. Kunkle objected to that Report and Recommendation on May 30, 2019.[3]

This Court has conducted a de novo review of Magistrate Judge Carlson's Report and Recommendation, and agrees with its analysis and conclusions.

---

[1] ECF No. 1.

[2] ECF No. 18.

[3] ECF No. 21.

Therefore, **IT IS HEREBY ORDERED** that:

1. Ms. Kunkle's Objections, ECF No. 21, are **OVERRULED**.

2. The Report and Recommendation, ECF No. 18, is **ADOPTED IN ITS ENTIRETY**.

3. Ms. Kunkle's Petition, ECF No. 1, is **DENIED**.

4. A certificate of appealability **SHALL NOT** issue.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge